UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Aaron Rigsby,

                  Plaintiff(s),

-against-

UniVision Communications, Inc,

                  Defendant(s).
------------------------------------x

25 cv 6118 (LAP)

**ORDER OF CONFERENCE**

LORETTA A. PRESKA, Senior United States District Judge:

    It is hereby

    ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on December 11, 2025 at 9:30 am for an Initial Pretrial Conference in the above action.

SO ORDERED.

_____
LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 11/4/25
New York, New York